[No. 12237-5-II.   Division Two.   September 8, 1989.]

THE STATE OF WASHINGTON, *Appellant,* v. PAUL ALLEN LONGACRE, *Respondent.*

Appeal from a judgment of the Superior Court for Thurston County, No. 87-1-00094-3, Carol A. Fuller, J., entered August 25, 1988. *Affirmed* by unpublished opinion per

Petrie, J. Pro Tem., concurred in by Petrich, A.C.J., and Worswick, J.